

offense of breaking and entering a motor vehicle.

In the interest of judicial economy we vacate and remand the dismissal of appellant's application for the writ of habeas corpus for consideration with his application remanded in No. 30829. The district court in its order adopted the findings of the United States Magistrate. The Magistrate, however, made no mention of the second civil action filed under Docket No. CA–3–4506–B. We, therefore, further vacate and remand the tacit rejection of appellant's civil rights action. This court has viewed dismissals on barebone pleadings with great scrutiny. A tacit dismissal, as the case here, requires a summary[1] reversal.

Vacated and remanded.

Paul H. Holmes, Holmes & Dukes, Hattiesburg, Miss., for plaintiff-appellant.

Rowland W. Heidelberg, Heidelberg, Sutherland & McKenzie, Hattiesburg, Miss., for defendant-appellee.

Before BELL, AINSWORTH, and GODBOLD, Circuit Judges.

PER CURIAM:

Affirmed. See Local Rule 21.[1]

---

**Mary Anna POLK, Plaintiff-Appellant,**

v.

**PROVIDENT LIFE AND ACCIDENT INSURANCE COMPANY, Defendant-Appellee.**

No. 71–1637
Summary Calendar.*

United States Court of Appeals,
Fifth Circuit.

Sept. 1, 1971.

---

**UNITED STATES of America, Plaintiff-Appellee,**

v.

**Eliot CASHDAN and Stanley Zanghetti, Defendants-Appellants.**

No. 30293.

United States Court of Appeals,
Fifth Circuit.

May 28, 1971.

---

1. It is appropriate to dispose of this pro se case summarily, pursuant to this court's Local Rule 9(c) (2), appellant having failed to file a brief within the time fixed by Rule 31, Federal Rules of Appellate Procedure. Kimbrough v. Beto, Director, 5 Cir. 1969, 412 F.2d 981.

* Rule 18, 5 Cir.; See Isbell Enterprises, Inc. v. Citizens Casualty Co. of New York et al., 5 Cir., 1970, 431 F.2d 409.

1. See N.L.R.B. v. Amalgamated Clothing Workers of America, 5 Cir., 1970, 430 F.2d 966.

George E. Cochran, Fort Worth, Tex., Emmett Colvin, Jr., Dallas, Tex., for Cashdan & Zanghetti.

Roby Hadden, U. S. Atty., Tyler, Tex., James F. Parker, Jr., Asst. U. S. Atty., Beaumont, Tex., for appellee.

Before GOLDBERG, GODBOLD and RONEY, Circuit Judges.

PER CURIAM:

Affirmed. See Local Rule 21.[1]

**CITY OF LUFKIN, TEXAS, Defendant-Appellant,**

v.

**Benjamin F. GIBSON et al., Plaintiffs-Appellees.**

**No. 71–1461.**

United States Court of Appeals, Fifth Circuit.

Aug. 9, 1971.

Robert L. Flournoy, City Atty., City of Lufkin, Walter L. Borgfeld, Jr., Lufkin, Tex., Roby Hadden, U. S. Atty., C. Houston Abel, Asst. U. S. Atty., Tyler, Tex. Renfrow, Zeleskey, Cornelius, Rogers & Berry, Lufkin, Tex., for defendant-appellant.

Donald Carroll, Mike A. Hatchell, and Ramey, Brelsford, Flock, Devereux and Hutchins, Tyler, Tex., for plaintiffs-appellees.

Before JOHN R. BROWN, Chief Judge, GEWIN and MORGAN, Circuit Judges.

BY THE COURT:

On the hearing of this case on oral argument the Court instructed counsel to prepare a proposed decree for entry by the District Court on direction from this Court *on the hypothesis* that the order of the District Court under review had to be reversed, vacated or otherwise set aside and the case remanded to the District Court. Counsel were directed to collaborate with each other in the preparation of this proposed decree and to agree on every item to which there could reasonably be an agreement without sacrificing legal positions, and as to those matters on which they could not agree, then each was to submit his own proposed wording for that particular part or portions together with a memorandum setting for the reasons pro and con. The Court has been informed by Robert L. Flournoy, Esquire, Counsel for the City of Lufkin, that after repeated ef-

1. See NLRB v. Amalgamated Clothing Workers of America, 5 Cir. 1970, 430 F.2d 966.